886 A.2d 657

DAVID W. KRATZER, JR., PLAINTIFF–MOVANT, v. NEW JERSEY
MANUFACTURERS INSURANCE COMPANY, DEFENDANT–
RESPONDENT.

November 23, 2005.

Motion for reconsideration of the Court's denial of plaintiff's
petition for certification is granted; and it is further

ORDERED that the petition for certification is granted, the
judgment of the Appellate Division is summarily reversed, and the
matter is remanded to the trial court for further proceedings
consistent with this Court's decisions in *DiProspero v. Penn,* 183
*N.J.* 477, 874 *A.*2d 1039 (2005), *Serrano v. Serrano,* 183 *N.J.* 508,
874 *A.*2d 1058 (2005), and *Juarez v. J.A. Salerno & Sons,* 185 *N.J.*
332, 886 *A.*2d 178 (2005).